PHILLIP A. TALBERT
United States Attorney
ROBERT VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

**FILED**
Aug 19, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES<br>v.<br>Jamar JONES,<br>Stephanie FERREIRA and<br>Jerman RUDD | CASE NO. 1:24-mj-00095-SKO<br><br>SEALING ORDER<br><br>**UNDER SEAL** |
|---|---|

## **S E A L I N G   O R D E R**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 8-18-2024

Hon. Sheila K. Oberto
U.S. MAGISTRATE JUDGE

3