IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      v.<br><br>JAMAR JONES, et al.<br><br>                    Defendants. | CASE NO. 1:24-MJ-00095-SKO<br><br>ORDER UNSEALING COMPLAINT |

       The United States having applied to this Court for a complaint and arrest warrants in the above-captioned proceedings and having applied for the complaint, arrest warrants and associated documents to remain under seal in order to prevent the destruction of evidence and flight of the target of the investigation, and the arrest warrants now having been executed and the need for sealing has ceased;

       IT IS ORDERED that the complaint, arrest warrants and any associated documents filed in the above-entitled matter shall be unsealed.

IT IS SO ORDERED.

Dated: __August 20, 2024__

                                              UNITED STATES MAGISTRATE JUDGE